3:22-cv-30067
_____
Case #

Fletcher vs Commonwealth

MAY 26 '22 PM1:02 USDC MA

# MOTION

FILED IN CLERKS OFFICE

To submit documents: 1B + 1B, 2, and 3A + 3B.

Documents (1 A+B) are my attempts to secure mandatory healthcare, something I would need in good standing in my state. I sent it certified this time.

Document (2) may need redacting as I typed here for girls all over. There was no reply. This letter also shows the parody the government must go through to protect its entrepreneurs.

Documents (3 A+B) are my facts at 2244120203 for my harassment order. He is indigent and requires three nurses, one of which spoke of his response on Day 02. I inquired and he said BFN. (BHN) Behavioral Health Network.

Kenan B Fletcher     5/26/2022
P.O. Box 1143
Westfield, MA 01085