MOTION TO FILE MY CASE WITH THE STATE

December 19, 2024

Reopening to support my way of life.

In this, the Department of Labor and Workforce Development resumes to pigeonhole me to Julie Barnes' concocted piece of me as hers to do with. My resume, attached, is the topic of interest for the below to mold my entrepreneurship as Holly, below.

Andy Clapp was a business mate during Boston CapitalVenue. Behind his stead was Fred Morris, a Harvard.

I wish to remove the 911 Operators from my pitch and resume with this one.

To stay in file, I request that the subpeona process be done by you as it gives tempo to bar examiners to remove pro se as sole loser from its ranks.

As for the party:

My mother, Holly Fletcher, resumes her defense from Boston: unknown message.

Rodney is the person we use to make Chapter 115 work with the job search mandate as stipulated in Massachusetts General Laws under Chapter 115. He requested IRS data under my name to coffer his fittage as his resume, me, his task by Mario, a swim coach at Farmington Valley YMCA.

Diane, at Dollar General and the General of your Reserves, gets my emails to the Massachusetts Government's Veterans Office as Legal oversight. This is illegal given the reason this agency was established to begin with. *Then, it guises her as counsel.*

G. John Ikenberry was a Professor of mine from undergraduacy. continues to board my work for this at the Central Intelligence Agency's door I met as an accident. Holding lies is of no importance to my way of life.

Motion to settle for my current amount of Chapter 115 with no work or bank search logs.

Julie continues to investigate my funds as an older entrepreneur, Marge, your college seminar as U.S. Navy.

Thank you,

Kenneth B. Fletcher
28 Union Street
Westfield, Massachusetts 01085
Social Security No: █████████

Please find an example of logged work searches in this day and age.

This party continues to attack businesses under homeless guises and use this court for documents. TRL, Evans, + Home Depot are some.

Ken Fletcher

# Kenneth B. Fletcher

Westfield, MA 01085
humanresources1234567@gmail.com
+1 413 210 6017

## Work Experience

### Sales
Various Titles-Westfield, MA
September 1997 to October 2024

Built a business plan and worked in retail phases similar to what I wrote about in my plan. Designed change in brands. Drove the supply route. Warehoused along these means. Tasted and wrote about brands on the shelf. Walked and talked with customers in my own and others' products.

## Education

### Two (2) Master's Degrees in Business and International Politics, Engineering Coursework
The George Washington University - Washington, DC
September 1997 to December 2010

### One (1) Bachelor's Degree in Economics and International Relations
University of Pennsylvania - Philadelphia, PA
September 1993 to August 1997

## Skills

- Research (10+ years)
- Project Management (10+ years)
- Sales (10+ years)
- U.S.A. (SBA, Army) (4 years)

# Westfield Veterans' Work Search Activity Log

Name: _Kenneth B. Fletcher_

Period beginning __12__ / __15__ / __24__ through __01__ / __15__ / __25__

Note: If applicant/client is physically able to work and given the opportunity to work and refuses to do so, he or she will be ineligible for Veterans' Benefits pursuant to MGL Chapter 115, and 108CMR sec. 7.01 (3) & (4) – see attached.  Any applicant/client who is able to work must make a diligent effort to find employment. Complete and report the number of contacts per week detailed in your Employment Plan.

| Date | Prospective Employer | Street Address, City/Town | Name of Contact Person | Phone Number | How Contacted/ Source of lead | Position Title/Description |
|---|---|---|---|---|---|---|
| 12/18 | Flatcut | 405 main st. Monterey, m | Tom    spoke | (712) 371 - 0654 | emailed called | Sales Rep |
| 12/18 | The Qualifying jinins TQL | 4289 Iny Pt. Cincin, OH | Recruiting Rodney    spoke | (413) 322 (800) 580 - 7157 3/01 | online fglum redvery | Sales 934760 |
| 12/18 | Sikorsky melubs | 1405 N. main st. Sheffield | Brad Grange | (413) 429 - 7646 | emailed | ops. |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |
|  |  |  |  | (   ) - |  |  |