MOTION TO FILE

AUG 1 '25 AM 10:58 USDC

Fletcher, Kenneth B.   vs.   Westfield, City.

Request a Stay in City of Westfield

Reason:

1. Treated unfairly with Chapter 115
    a. told to submit paperwork from Unemployment without it being a requisite.
        1. it was mislabeled as income verification after I requested Julie Barnes realign her request.
        2. I was asked and complied in Mrs. Barnes demand for me to apply for unemployment while on benefits at Dunkin Donuts.

2. The MyMass.gov site did not let me inside until I phoned. Again, I had to enter massshire to solve it.

3. Called by the police department.

4. The Aug 13th meeting needs court appointment.

Signed,
Ken Fletcher
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
(413) 265-7862

28 Union St.
Westfield, MA 01085
humanresources12345678@gmail.com

I had the nicest call with patrolman John from Westfield. They set up a catch and grab on August 13th w/ the President as CIA. I am here to protest.