Fletcher, Ken (prose) vs. Courts in Massachusetts, this one.

MOTION TO SUBMIT
MOTION TO ENFORCE A STAY ORDER IMMEDIATELY

I was just served under the cover of a Constable after Chief Hoffman lied to me. This court needs to find out if I am a valued candidate for the Housing Voucher otherwise I need to look at Mr. benadly Lisitsin as he has an open room for me to rent. My allocated limit is 854 usd to be applied. I deny your unseriousness approach.

Signed,

Ken Fletcher
now at 28 Union St. in Westfield.
I am not going to my mom's. I will seek an apartment at my Vat price.

# NOTICE TO VACATE CHECKLIST

## DO NOT WAIT UNTILL THE LAST MINUTE

## THIS IS WHY YOU WERE SERVED THE DOCUMENTS WITH MORE THAN FORTY-EIGHT HOURS AS A COURTESY

YOU HAVE BEEN SERVED A 48 HOUR NOTICE TO VACATE AFTER A DETERMINATION BY A JUDGE ORDERING A CONSTABLE / SHERIFF TO REMOVE ALL OCCUPANTS AND TAKE POSSESSION OF THE PROPERTY.

ONLY A JUDGE CAN PREVENT THIS EVICTION FROM MOVING FORWARD!

THE EVICTION IS SCHEDULED FOR: **01/06/2026 @ 1:30 PM**

YOU MUST BE MOVED OUT BEFORE THIS DATE AND TIME NO EXCEPTIONS!

1. <u>READ ALL THE DOCUMENTS</u> PROVIDED HERE IN AFTER.
2. THERE WILL BE NO OCCUPANTS ALLOWED IN OR ON THE PROPERTY UPON OUR ARRIVAL AND WOULD CONSTITUTE A TRESPASS! WE WILL TAKE A LEGAL COURSE OF ACTION IF SOMEONE REMAINS. YOU ARE NOT ALLOWED BACK INTO THE PROPERTY AFTER THE DATE AND TIME YOU HAVE BEEN PROVIDED FOR THE EVICTION NOT EVEN FAMILY OR FRIENDS.
3. GATHER ALL YOUR BELONGINGS THAT YOU WISH TO TAKE WITH YOU AND MOVE OUT OF THE DWELLING. A MOVER WILL BE PRESENT AT THE DATE AND TIME SCHEDULED IF YOU CAN NOT AFFORD TO MOVE ON YOUR OWN. DON'T FORGET THE FOLLOWING:
    a. MEDICATIONS
    b. IMPORTANT DOCUMENTS
    c. CLOTHING
    d. CHARGING WIRES FOR AND THE ELECTRONICS THAT NEED THEM
    e. NO BELONGINGS OR FURNITURE IS LEGALLY ALLOWED TO BE STORED TEMPORARILY ON THE PROPERTY TO INCLUDE PORCHES, SIDEWALKS, DRIVEWAY, STAIRWELLS OR SOMEONE ELSES UNIT IN THE BUILDING EVEN IF IT IS A FAMILY MEMBER OR FREIND
    f. VEHICLES MUST BE REMOVED FROM THE PROPERTY OR WILL BE IMPOUNDED AT THE OWNERS EXPENCE WITH INTERSTATE TOWING, CJ's TOWING or HAMPSHIRE TOWING.

<u>CONTACT GOLDVINE MOVING AND STORAGE 413-300-2030</u>

NOTIFY THE MOVER IF THE REMAINING ITEMS ARE TRASH OR TO BE MOVED TO THE BONDED WAREHOUSE. A WAIVER/RELEASE FOR THE UNCLAIMED ITEMS IS PROVIDED FOR YOU TO COMPLETE AND LEAVE WITH THE KEYS THE MOVERS WILL ONLY REMOVE AND STORE ITEMS THAT ARE NOT DAMAGED, STAINED OR INFESTED.

*GoldVine Moving and Storage withholds the right to make the final determination as to property they can legally put into their warehouse.*

<u>CONTACT THE CONSTABLE AT 413-732-2485 X 101</u>

NOTIFY THEM OF THE TIME AND DATE YOU WILL BE LEAVING PRIOR TO THIS SCHEDULED EVENT ABOVE. PLEASE LEAVE THE DOORS LOCKED AND ANY KEYS FOR THE DOORS OR MAILBOXES ON THE COUNTER IN THE KITCHEN.



# COMMONWEALTH CONSTABLES
P.O. Box 2431, Westfield, MA 01086
(413) 732-2485 x101
413@maconstable.us

**TRUE AND ATTESTED COPIES**

Date: 12/31/2025

To: KEN FLETCHER
  28 UNION STREET 2NDFL
  WESTFIELD MA 01085

In the matter of: GENNADIY LISITSIN

Plaintiff,

v.

KEN FLETCHER

Defendant,

*Pursuant to the M.G.L. Chap. 239, S.3, by virtue of*

Execution No.: **2544SU000031**
Issued by: **WESTFIELD DISTRICT COURT**

## You are hereby notified that on: 01/06/2026 @ 1:30 PM

This office will serve and /or levy upon said Execution and Physically remove the defendant(s) and his or her personal property from the said premises, if the said defendant has not prior to that time vacated the said premises voluntarily.

The officer will place any personal property remaining on the premises at the time the execution is levied in storage with GoldVine Moving & Storage, Inc. 936 Suffield Street, Agawam MA 01001 - (413) 300-2030. or if the tenants wish to have their property stored at another state approved warehouse, the request must be made in writing to the Constable twenty four hours prior to the start of the move.

The warehouse r's storage rates may be ascertained by contacting the Commissioner of Public Safety, One Ashburton Place, Room 1301, Boston, MA 02108, at (617) 727-3200. The warehouser may sell at auction any property that is unclaimed after 6 months and may retain that portion of the proceeds necessary to compensate him for any unpaid storage fees accrued as of the date of the auction, except as provided in Section 4. The defendant should notify the warehouse in writing at the business address listed above of any change in the defendant's mailing address.

FEDERAL LAW
Title 18 U.S.C. § 1501

**Assault on Process Server**
Whoever knowingly and willingly obstructs, resists or opposes any officer of the United States, or other person duly authorized, in serving, or attempting to serve or execute, any legal or judicial writ or process of any court of the United States, shall, except as otherwise provided by law, be fined not more than $300 or imprisoned not more than one year, or both.

DELIVERED DEC 3 1 2025

| EXECUTION FOR POSSESSION OF LEASED OR RENTED DWELLING | DOCKET NUMBER  2544SU000031 | Trial Court of Massachusetts District Court Department Summary Process Session |
|---|---|---|

**CASE NAME**
Gennadiy Lisitsin v. Ken Fletcher

**DEFENDANT AGAINST WHOM EXECUTION IS ISSUED**
Ken Fletcher
28 Union St
2nd Floor
Westfield, MA 01085

**COURT NAME & ADDRESS**
Westfield District Court
224 Elm Street
Westfield, MA 01085

**PLAINTIFF(S) IN WHOSE FAVOR EXECUTION IS ISSUED**
Gennadiy Lisitsin

**PLAINTIFF (OR PLAINTIFF(S) ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION**
Gennadiy Lisitsin
49 Little River Rd
Westfield, MA 01085

**FURTHER ORDERS OF THE COURT**

**SUBJECT DWELLING PREMISES**
28 Union Street Flr 2, Westfield, MA 01085

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The plaintiff(s) named above has recovered judgment against the defendant named above for possession of the subject premises shown above, which were leased or rented for dwelling purposes.

**WE COMMAND YOU**, therefore, subject to the requirements of G.L. c. 235 § 23 and G.L. c. 239, § 3, to cause the plaintiff(s) to have possession of the premises shown above without delay.

This Writ of Execution is **VALID FOR THREE CALENDAR MONTHS ONLY**. It may not be levied upon if any underlying money judgment for non-payment of rent, along with any use and occupancy accruing since the date of judgment, has been fully satisfied. It must be returned to the clerk-magistrate's office of this court, along with your return of service, within ten days after this judgment for possession has been satisfied or discharged, or after three calendar months if this judgment remains unsatisfied or undischarged.

| TESTE OF FIRST JUSTICE  WITNESS: Hon. Tina Cafaro | DATE EXECUTION ISSUED  12/23/2025 | CLERK-MAGISTRATE/ASST. CLERK  X [signature] |
|---|---|---|

**RETURN OF SERVICE**

☐ Pursuant to this writ, I have caused the plaintiff(s) to have possession of the subject premises.

☐ After notice the defendant(s) vacated the subject premises voluntarily.

☐ I have physically removed the defendant(s) and his/her/their personal possessions from the subject premises.

☐ I have not caused the plaintiff(s) to recover possession of these premises pursuant to this writ because:

| DATE & TIME WRIT SERVED | DATE OF RETURN | CONSTABLE/DEPUTY SHERIFF  X |
|---|---|---|

025    www.mass.gov/courts    Date/Time Printed 12-23-2025 09:32:43

Service conducted by: Massachusetts Office of the Constable, Western Region, P.O. Box 2431, Westfield, MA 01086 · (413) 776-1737 · www.maconstable.us · True and Attested Copies / Served by a Disinterested Person

# Commonwealth of Massachusetts
## THE TRIAL COURT

HAMPDEN, SS:                                                                                    WESTFIELD DISTRICT COURT

**GENNADIY LISITSIN**                         DOCKET NO.: **2544SU000031**

            **PLAINTIFF**          )    **PLAINTIFF'S MOTION TO**
                                         )    **APPOINT SPECIAL PROCESS**
vs.                                          )    **SERVER UNDER RULE 4C**
                                         )    **OF THE MASSACHUSETTS**
**KEN FLETCHER**                )    **RULES OF CIVIL PROCEEDURE**
                                         )    **AND ORDER OF APPOINTMENT**
            **DEFENDANTS**     )

Re: 28 Union Street, Westfield, MA 01085

      **NOW COMES** the Plaintiff, _____ (hereinafter, the "Plaintiff") in the above-entitled matter, and through her Attorney, moves this Honorable Court, pursuant to the provisions of Rule 4C of the Massachusetts Rules of Civil Procedure, to specifically appoint **MARK T. LEARY**, as Special Process Server in the above-entitled matter, and to serve process in this action. The Plaintiff swears that to best of his/her knowledge and belief, that the person to be appointed Special Process Server is a Constable for multiple towns in Hampden County; is qualified, knowledgeable, and experienced in the service of Court Process; is over the age of 18 years of age; and is not a party to, nor does he have any having any interest in the outcome of the action.

Dated: 12.31.25

**Mark T. Leary, Constable**
P.O. Box 2431
Westfield, MA 01086
(413) 732-2485

                                                  Respectfully Submitted,
                                                  The Plaintiff,

                                                  _____
                                                  Gennadiy Lisitsin

*[Handwritten note:]* HCSD is unable to serve process in a timely manner. Motion allowed.
T. Cafaro
12-31-25

# Commonwealth of Massachusetts
## THE TRIAL COURT

HAMPDEN, SS:                                HOUSING COURT DEPARTMENT
                                            WESTERN DIVISION
                                            DOCKET NO.:

|                      |   |                                              |
|----------------------|---|----------------------------------------------|
|      **PLAINTIFF**   | ) | **ORDER OF THE COURT RE:**                   |
|                      | ) | **APPOINTING SPECIAL PROCESS**               |
|          vs.         | ) | **SERVER UNDER RULE 4C**                     |
|                      | ) | **OF THE MASSACHUSETTS**                     |
|                      | ) | **RULES OF CIVIL PROCEEDURE**                |
|                      | ) |                                              |
|     **DEFENDANTS**   | ) |                                              |

Re: 13 Prospect Hill Road, Brimfield, MA 01010

Pursuant to Rule 4C of the Massachusetts Rules of Civil Procedure, it is hereby ORDERED that **Mark T. Leary**, a Constable, is hereby appointed as Special Process Server for the above captioned case.

So entered this 31st day of December, 2021.

_Tina Cafaro_
First Justice Westfield District Court
~~Western Division Housing Court~~



NOT U.S. MAIL – HAND DELIVERED
DO NOT PLACE IN ANY MAIL BOX

The Commonwealth of
Massachusetts
The Trial Court

WESTFIELD DISTRICT COURT

# EVICTION NOTICE
# 48 HOUR
# NOTICE TO VACATE

KEN FLETCHER
28 UNION STREET
2NDFL
WESTFIELD MA 01085

Served: 12/31/2025

True and attested Copies served by Massachusetts Office of the Constable, Western Region, a disinterested party. Documents served in a manner consistent with the Massachusetts Rules of Civil Procedure, Rule 4.

CONFIDENTIAL – LEGAL DOCUMENTS