I Promise We Will Not Do Anything If You Do Not…..

File, to docket, pursue subpoena(s), or investigate on your own like I have done with my Pro Se reporting? The problem with corporate slander is what I titled this initially, but on the way to write this I realized it used my name to promote itself while I seek a career. Why the leverage statement. I am not the one to simply point out a problem and run. I am a problem solver. So I surmise there is a way to reach CEO's viewpoints to tackle their company's servers, their deepest holes in codings that may be in someones names, or paper trail. I try not to be long winded anymore since I have found people will read your writings if you keep it unwordy, so basically this is it: unplug the offsite storage sites and search on everything that is requested. This way you will not become the hiding place people use to keep their jobs or ruin yours. End of subject.

Signed,

Ken Fletcher at trademission555@gmail.com

P.s. Let your security know.