February 27, 2026

**Fletcher, Kenneth Boyd Pro Se vs. State of Massachusetts' Housing Court's Rules**

**MOTION**
*for*
**A Settlement Agreement at Housing Authority's determination that Holly, my mother, was not an Attorney**

**Explanation**

In the pursuit of my career I am stymied by another Blue Law to keep people out of Courts: this time by Western Massachusetts' Laws to Small Claims. Twice I've been told there you have to have a Bar license to make an Appearance for someone. Knowing this to be illegal in our State I filed an appeal. I have my Mom coming in my stead or with me depending on the outcome of my situation. I plan to be there if I am in town. I know this filing will bring light to the situation. I do not plan to bring press even though the other side did from yesterday's case in a wiretap by my housemates. Please obtain and erase: I spoke of my grandmother.

The settlement I am requesting is a full refund of a month of rent I paid on December 30, 2025, for January. I was vacated on January 1, 2026. The remaining money was from a settlement for me to move back into 28 Union in Westfield for 25usd a month when rent was paid after 200usd was laid down. This sum was 325usd plus the 700usd rent and in addition to the 50usd filing fee makes 1075usd. The difference to the minimum for this Court can be allocated to a District Attorney's choosing in philanthropic organization.

MOTION to Submit: Resume.

**MOTION *to* Close**

I do not have the firm to see this through to law change. I am hoping that notice will be made on my Court date at their stead: March 18, 2026. 9am. I know the bench of the clerk is in name.

Signed,

*Ken Fletcher*

Ken Fletcher dba IPR Meet; 36 Court Street; Westfield, Massachusetts 01085
(413) 265-7862; ipr_meet@yahoo.com

## RESUME

## Ken Fletcher

36 Crown Street; Westfield, Massachusetts 01085; (413) 265-7862; ipr_meet@yahoo.com

### Experience

*Ken Fletcher DBA*; Founder and Owner; Westfield, Massachusetts; 1999 – Present

- Wrote and worked in oblong inno-channels on most brands designed for speed and fulfillment for twelve (12) years in written material about how I would innovate things.
- Spent twenty-five (25) years working retail and distribution jobs to understand product flow to the consumer for (alphabetized, I9): *84 Lumber, Abercrombie & Fitch, Acosta* at *Stop & Shops* and *CVS* and *Price Chopper, Advantage Solutions* at *Big Ys, Allied Universal, C&S Wholesale Grocers, Crossmark* for *Walmarts, Dollar General, Dollar Tree, Dunkin Donuts, LA Fitness, The Sheraton at Monarch Place, SPAR Group* for *Family Dollars, Temco Logistics* deliveries for *Home Depot & Wings Over* brands. This put me in most product spots near me.
- Owned parts to an event company for four (4) years focused on the alternative investments markets as early stage entrepreneurial people meet with venture capital firms online, at tables. Put a paper trail process to websites and emails for private capital, alumni parties & overseas developments.
- Sold in cold calling to meeting scenarios for ten (10) years with companies such as (timelined: I9, 1099): *Capital Venue* venture events, *Alum Alliance* social gatherings, *Lowe's* flooring sales, *Inn Season Resorts* time share sales, *International Trade Mission News* email marketings, *Zoots* home delivery in dry cleaners, *First Data* systems in the field, *Self* for MA4 Congress, *Sears* appliance sales, *Walmart* electronics sales, *Milkjuice* for supply chains & *IPR Meet* that shells invention as email.

### Government Experience

C4I (Computers, Command, Control, Communications, and Intelligence), *U.S. Army Air Defense*. Honorable Discharge. August 2006 – December 2007

Student Career Experience Program, *U.S. Small Business Administration*, Washington, District of Columbia. Office of Entrepreneurial Development's Welfare to Work (Writer, 1997), *Trade Mission Online* (Inventor, 1998). May 1997 – October 1999

### Education

*The George Washington University*; Washington, District of Columbia; Master of International Policy and Practice (MIPP, 06); Elliott School of International Affairs. Master of Business Administration (MBA, 04); Graduate School of Business. Editor, *International Affairs Review*.

*University of Pennsylvania*; Philadelphia, Pennsylvania; Bachelor of Arts (BA, 97). Varsity Swimmer (Four Years)

**Miscellaneous**: Passed the Massachusetts Test for Elementary Math (*MTEL*), Life Insurance (*Mass*).